PETER HALL, Administrator d. b. n. of David Hall, v. DAVID WALKER, Administrator d. b. n. of DAVID HALL, the younger, and FREDERICK ROW and ELIZABETH, his Wife, Administratrix of Joseph Hall.

Court of Chancery. Sussex. March 11, 1823.

*Ridgely's Notebook IV, 162.*

[For this case, see 1 Del.Ch. 241.]

JOHN ROBINSON v. WILLIAM JEFFERSON, Administrator of Otis Paine, WILLIAM D. WAPLES, SAMUEL SLAYTON and ESTHER, his Wife, Late Esther Parkenson, Executrix of Robert Parkenson, and JOHN MITCHELL, SAMUEL LOCKWOOD, and ARMWELL LONG.

Court of Chancery. Sussex. March 12, 1823.

*Ridgely's Notebook IV, 165.*

[For this case, see 1 Del.Ch. 244.]